**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SOPHIA JOANNE GIBBONS,**

        **Plaintiff,**

-vs-                                                           **Case No. 6:07-cv-1583-Orl-19DAB**

**UNITED STATES OF AMERICA, U.S. HOMELAND SECURITY, JUDGE ELIZABETH KOVECHEVICH, ELEVENTH DISTRICT COURT OF APPEALS, UNITED STATES SUPREME COURT, PRESIDENT GEORGE BUSH, REGINA TWIGG, WALDEN BOOKS, ATTORNEY BYRON HILEMAN, LORETTA SCHWARTZ-NOBEL, COUMBIA PICTURES, VILLARD BOOKS, RANDOM HOUSE PUBLISHING OF NEW YORK AND CANADA, TRI-STAR VIDEO, PROFESSIONAL MEDIA SERVICES.,**

        **Defendants.**
_____

## REPORT AND RECOMMENDATION TO TRANSFER CASE

This cause comes before the Court on its review of the file. Plaintiff has filed four other cases in the Middle District of Florida in the past. *See* Case No. 6 3:03-cv-00204-TJC, *Gibbons v. State of Florida*; Case No. 6:03-cv-01004-GAP, *Gibbons v. State of Florida*; 8:01-cv-01416-EAK, *Gibbons v. Twigg*; 8:03-cv-01961-SDM, *Gibbons v. State of Florida*.

Plaintiff sued her sister, Regina Twigg, and others six years ago for claims arising from publication of a book entitled "The Baby Swap Conspiracy" and a television program "Switched At Birth." *Gibbons v. Twigg*, Case No. 8:01-cv-01416-EAK (Doc. No. 7). According to news reports,

Plaintiff's sister is the biological mother of Kimberley Mays Twigg who was switched at birth and returned to her biological parents as a teenager. The book and movie at issue contained information about Plaintiff that she alleged portrayed her in a "false light" and invaded her privacy. *Gibbons v. Twigg*, Case No. 8:01-cv-01416-EAK (Doc. No. 7). Judge Kovachevich dismissed the case for lack of jurisdiction (Doc. No. 84), the Eleventh Circuit affirmed the decision on several occasions, and the United States Supreme Court denied certiorari on March 6, 2006.

Plaintiff has now filed a virtually identical suit in the Orlando Division, asserting the same claims against the prior defendants in *Gibbons v. Twigg*, Case No. 8:01-cv-01416-EAK, and adding Judge Kovachevich, the Eleventh Circuit, the United States Supreme Court and Homeland Security as Defendants in this case. Plaintiff once again asserts claims for portraying her in a "false light" and invasion of privacy, but adds claims against "governmental employees" for "barment of due process." Doc. No 1 at 2.

Based on the previous litigation and Plaintiff's apparent residence in Oneco, Florida, it is respectfully **RECOMMENDED** that this case be transferred to the Tampa Division of this Court for all further proceedings.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 11, 2007.

*David A. Baker*
       DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy