# United States District Court
## Middle District of Florida
### Orlando Division

**SOPHIA JOANNE GIBBONS,**

**Plaintiff,**

-vs-                                                   **Case No.  6:07-cv-1583-Orl-19DAB**

**UNITED STATES OF AMERICA, U.S. HOMELAND SECURITY, JUDGE ELIZABETH KOVECHEVICH, ELEVENTH DISTRICT COURT OF APPEALS, UNITED STATES SUPREME COURT, PRESIDENT GEORGE BUSH, REGINA TWIGG, WALDEN BOOKS, ATTORNEY BYRON HILEMAN, LORETTA SCHWARTZ-NOBEL, COUMBIA PICTURES, VILLARD BOOKS, RANDOM HOUSE PUBLISHING OF NEW YORK AND CANADA, TRI-STAR VIDEO, PROFESSIONAL MEDIA SERVICES.,**

**Defendants.**
_____

# ORDER

This case comes before the Court on the following:

1.    The Report And Recommendation Of The United States Magistrate Judge On Plaintiff Sophia Joanne Gibbons's Motion For Leave To Proceed *In Forma Pauperis* (Doc. No. 3, filed Oct. 11, 2007);

2.    Plaintiff's Objection To The Magistrate Judge's Report And Recommendation (Doc. No. 4, filed Oct. 17, 2007);

3.      Plaintiff's Notice To Court Of Withdrawal Of Case In Its Entirety (Doc. No. 5, filed Oct. 24, 2007);

4.      Plaintiff's Notice Of Scrivener's Error (Doc. No. 6, filed Oct. 24, 2007); and

5.      Plaintiff's Motion To Close Aforecited Case (Doc. No. 7, filed Oct. 24, 2007).

Plaintiff filed a Complaint on October 3, 2007 and moved to proceed *in forma pauperis*. (Doc. Nos. 1-2.)  Magistrate Judge Baker, in reviewing Plaintiff's Motion, recommended that the case be transferred to Tampa where Plaintiff filed her most recent suit on these facts.  (Doc. No. 3 at p. 2.)  Plaintiff objected to a case transfer because she named United States District Judge Kovachevich of the Tampa Division as a Defendant.  (Doc. No. 4.)  In her objection, Plaintiff stated that she "does now withdraw Case No. 6:07-cv-1583ORL19DAB in its entirety and asks for the rightful return of any/all exhibits . . . ."  (*Id.*)

Since filing her objection, Plaintiff has filed a Notice of withdrawal and a Motion to close the case.  (Doc. Nos. 5, 7.)  In her Notice, Plaintiff stated again that she is "withdrawing the afore-cited case in its entirety."  (Doc. No. 5.)  Plaintiff continued, "[T]his case is now closed due to lack of future prosecution by said Plaintiff and the Plaintiff has asked the Court to return Plaintiff's property, Exhibit 'A' and the two part movie, Exhibit 'B.'"  (*Id.*)  On the same day, Plaintiff filed a Motion to "be sure that the aforecited case has been closed in its entirety . . . ."  (Doc. No. 7.)  She stated, "The Plaintiff does have the right to withdrawl (sic) and it is the duty of the Court to act without delay: Thus closing this case permanently and done in a timely mammer (sic)."  (*Id.*)

The Plaintiff seeks to permanently close the case and moves for a return of her exhibits, a book entitled *The Baby Swap Conspiracy* and a two tape video movie entitled *Switched at Birth*. The Court construes the Plaintiff's various filings in sum as a Notice of Voluntary Dismissal under

Federal Rule of Civil Procedure 41(a)(1)(i).  This Rule states that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party or of a motion for summary judgment . . . ."  Fed. R. Civ. P. 41(a)(1).  Defendants have not yet been served with process in this case; therefore, Plaintiff's right to voluntarily dismiss the case is preserved.  *Id.*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), this case is **DISMISSED**.  The Clerk of the Court is **directed** to close the file, and if Plaintiff brings this Order and proof of her identity to the Clerk's Office in the Federal District Court Annex of the George C. Young United States Courthouse and Federal Building, First Floor and signs a receipt for the return of the exhibits, the Clerk of the Court **may return** the book entitled *The Baby Swap Conspiracy* and the two tape video movie entitled *Switched at Birth* to Plaintiff.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 25___, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party